UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
AMI OLYMPIO, et al., :
:
:
Plaintiffs, :
: 20-cv-09201 (LJL)
-v- :
: ORDER
:
WILLIAM P. BARR, et al., :
:
Defendants. :
:
------------------------------------------------------------------- :
X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

LEWIS J. LIMAN, United States District Judge:

    It is hereby ORDERED that Plaintiffs' counsel is to refile its complaint, Dkt. No. 1, and request for issuance of summons, Dkt. No. 2, with minors listed by initials and not by their full names.  Attachment 1 to the complaint labelled Exhibit A-E is to be refiled with all personal information redacted (such as date of birth, registration numbers, etc.), as well as full names of minors redacted as to show only first initials.  Any additional attachments or filings already made should be refiled to adhere to these directives.  In addition, all documents filed in the future on ECF should adhere to these protocols.

    SO ORDERED.

Dated: November 5, 2020
       New York, New York

                                                     LEWIS J. LIMAN
                                                     United States District Judge